**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)**

|  |  |
|---|---|
| **JUSTIN SLABY** )<br>**Plaintiff,** )<br>)<br>v. )<br>**ERIC HIMPTON HOLDER, JR.** )<br>**In his official capacity as Attorney General,** )<br>**Defendant.** )<br>) | Case No. 1:12-cv-01235 (AJT/IDD) |

**VERDICT FORM**

**Jury Question No. 1**

    Was Plaintiff qualified for the job?

    Answer "Yes" or "No"

    _____

If you answered "Yes" to Question No. 1, then answer Questions 2 and 3.  If you answer "No" then please have the foreperson sign and date the form:

**Jury Question No. 2**

    Did Defendant dismiss Plaintiff as a Special Agent because Plaintiff has a disability?

    Answer "Yes" or "No"

    _____

**Jury Question No. 3**

    Did Defendant fail to reasonably accommodate Plaintiff?

    Answer "Yes" or "No"

    _____

If you answered "Yes" to Question No. 1 and 2 or "Yes" to Questions 1 and 3, then answer Question 4.

**Jury Question No. 4**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other:

Emotional pain, suffering and mental anguish: _____

## CERTIFICATE

We, the jury, have answered the above and foregoing questions as herein indicated, and herewith return same into court as our verdict.

_____              _____
Foreperson Signature                                                   Date

NOTE: Plaintiff does not believe that there is sufficient evidence for Defendant to meet its burden on its two affirmative defenses asserted: undue hardship and direct threat. Plaintiff therefore will move under Rule 50 as to those defenses. If the motion is denied, then the following would need to be inserted into the above verdict form in an appropriate place, and the directions on completing the form would need to be revised:

**Jury Question No. __**

Would Defendant's continued employment of Plaintiff as a Special Agent have posed a direct threat to Plaintiff or others in the workplace?

Answer "Yes" or "No"

_____

**Jury Question No. __**

Did Defendant fail to reasonably accommodate Plaintiff because doing so would impose an undue hardship on Defendant's operations?

Answer "Yes" or "No"

_____