# CIVIL JURY TRIAL PROCEEDINGS

Date: <u>08/05/2013 (Day 5)</u>     Case No.: <u>1:12cv01235</u>     Time: <u>9:13 - 9:40</u>
                                                                  <u>9:50 - 11:24</u>
Before the Honorable: <u>Anthony J. Trenga</u>                     <u>11:45 - 1:00</u>
                                                           Lunch: <u>1:00 - 2:00</u>
                                                                  <u>2:00 - 3:17</u>
                                                                  <u>4:47 - 5:35</u>

Court Reporter: <u>R. Montgomery</u>

Courtroom Deputy: <u>Janice Allen</u>     Time in Court: <u>5 hour 31 min.</u>

| PARTIES | COUNSEL |
|---|---|
| Justin Slaby | John Griffin, Kathy Butler, Justin Slaby (Pltf) |
|  | Michael Newerburg (Paralegal), John Ates |
| vs. |  |
|  |  |
| Eric Himpton Holder, Jr. | Bernard Kim, Sousun Bae, Kevin Mikolashek |
|  | Julie Johnson, Matt Rizzo, Lauren Wetzler |

This case comes on for further trial by Jury. Appearances of Parties & Counsel as previous.

<u>Preliminary Issues</u> *(held outside the presence of the Jury)*:
- Pltf. addresses Dr. Grubb's testimony
- Pltf. addresses the testimony of Wilson and Flannangan
- Pltf. request to be allowed to show use of prosthetic – granted
- Parties agree not to play final portion of Kolbye's testimony

Defendant Continued to Adduce Evidence and rests ☒

Out of presence of the Jury – Pltf. Motions for Rule 50 judgment as a matter of law due to undo hardship and direct threat – TUA

Pltf.'s Rebuttal Witness called.

Evidence Concluded [X]

Jury excused to return tomorrow, 8/06/2013 @ 10:00 a.m.

Jury Instructions and Verdict Form distributed to parties.

Out of presence of the jury, jury instruction conference held.

Case CONTINUED to: **Tues, 08/06/2013 @ 9:00 a.m. FOR Day 6 of Jury Trial** *(Counsel to be present at 9:00 a.m.; Jury to be present at 10:00 a.m.)*