UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



FILED
IN OPEN COURT

AUG - 7 2013

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| JUSTIN SLABY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-1235 (AJT/IDD) |
| ) | |
| ERIC HOLDER, ) | |
| In his official capacity as ) | |
| Attorney General of the United States, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

### Jury Question No. 1

Was the plaintiff a qualified individual within the meaning of the Rehabilitation Act?

[X] Yes

[ ] No

### Jury Question No. 2

If you determine that the plaintiff needed a reasonable accommodation in order to perform the essential functions of the job, would providing a reasonable accommodation have constituted an undue hardship on the FBI?

[ ] Yes

[X] No

[ ] Not Applicable

### Jury Question No. 3

Would plaintiff's employment as an FBI special agent constitute a direct threat to the health or safety of himself or other individuals that cannot be eliminated or reduced by reasonable accommodation.

[ ] Yes

[X] No

### If you answer "Yes" to Jury Question No. 1, then answer Jury Question 4. If your answer to Question No. 1 is "No," then please have the foreperson sign and date the form.

### Jury Question No. 4

Was the plaintiff removed from the New Agent Training Program ("NATP") on the basis of his disability?

[X] Yes

[ ] No

If you answer "Yes" to Jury Question No. 4, then answer Jury Question No. 5. If you answer "No," then please have the foreperson sign and date the form.

### Jury Question No. 5

Did the plaintiff sustain any compensatory damages as a result of his being removed from the NATP?

[X] Yes

[ ] No

If you answer "Yes" to Jury Question No. 5, then answer Jury Question No. 6. If you answer "No," then please have the foreperson sign and date the form.

**Jury Question No. 6**

What sum of money, if paid now in cash, would fairly and reasonably compensate the plaintiff for the damages, if any, you have found defendant caused the Plaintiff. In answering this question, you may award damages only for emotional pain, suffering and mental anguish.

$ 75,000

August 7, 2013
DATE

— Redacted —