IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUSTIN SLABY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:12-cv-01235 (AJT/IDD) |
| ) | |
| ERIC HIMPTON HOLDER, JR., ) | |
| In his official capacity as Attorney General, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the Court on Joint Motion to Seal Certain Exhibits to Parties' Motions for Summary Judgment [Dkt. No. 156]. This matter has been fully briefed by the parties and can be resolved without oral argument, as such argument would not aid the decisional process. Accordingly, it is hereby

**ORDERED** that the Joint Motion to Seal Certain Exhibits to Parties' Motions for Summary Judgment [Dkt. No. 156] is **GRANTED in part** and **DENIED in part**. The Motion is granted as to Exhibits 11 and 12. The Motion is denied as to Exhibit 2. It is further hereby

**ORDERED** that the Parties will refile Exhibit 2 with the Essential Functions, Agents' names, and medical information redacted.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 22th day of November 2013.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge