IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JUSTIN SLABY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:12-cv-1235 (AJT/IDD) |
| | ) | |
| ERIC HOLDER, | ) | |
| In his official capacity as | ) | |
| Attorney General of the United States, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of the Joint Motion to Establish Trial-Related Deadlines [Doc. No. 81], defendant's Motion in Limine Regarding Former Special Agent J.B. [Doc. No. 226], plaintiff's Motion to Exclude Witness [Doc. No. 257], defendant's Motion to Exclude Certain Testimony of Witness Heikki Uustal [Doc. No. 271], plaintiff's Motion to Reschedule Hearing on Equitable Relief [Doc. No. 309], plaintiff's Renewed Motion to Schedule Hearing on Equitable Relief [Doc. No. 319], the memoranda filed in support thereof and in opposition thereto and the arguments of counsel on those motions that were heard by the Court, it is hereby

ORDERED that the Joint Motion to Establish Trial-Related Deadlines [Doc. No. 81] be, and the same hereby is, DENIED as moot; and it is further

ORDERED that the defendant's Motion in Limine Regarding Former Special Agent J.B. [Doc. No. 226], considered and ruled on at trial and otherwise now moot, be, and the same hereby is, DENIED as moot; and it is further

ORDERED that the plaintiff's Motion to Exclude Witness [Doc. No. 257], considered and ruled on at trial and otherwise now moot, be, and the same hereby is, DENIED as moot; and it is further

ORDERED that the defendant's Motion to Exclude Certain Testimony of Witness Heikki Uustal [Doc. No. 271], considered and ruled on at trial and otherwise now moot, be, and the same hereby is, DENIED as moot; and it is further

ORDERED that the plaintiff's Motion to Reschedule Hearing on Equitable Relief [Doc. No. 309], for the reasons stated during the status conferences held on September 23 and 24, 2013, be, and the same hereby is, DENIED; and it is further

ORDERED that the plaintiff's Renewed Motion to Schedule Hearing on Equitable Relief [Doc. No. 319] be, and the same hereby is, GRANTED, insofar as the requested hearing was held on November 19, 2013.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 22, 2013