IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| Justin Slaby ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:12cv1235 (AJT/IDD) |
| ) | |
| ) | |
| Eric Himpton Holder, Jr. ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on 11/22/2013 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered as follows:

1. Plaintiff shall receive as back pay (inclusive of benefits) in the amount of $72,580, representing the period from when plaintiff was removed from the NATP in 2011 through the date of the jury verdict which shall not be paid unless and until plaintiff graduates from his new agent training.

2. Plaintiff shall receive from pay (inclusive of benefits) that represents the difference between the amount plaintiff would have been paid as a Special Agent if he had graduated from the NATP in 2011 and the amount defendant has paid plaintiff as salary and benefits since the date of the jury verdict, as calculated using Washington, DC locality pay. The parties will use the 52-week Treasury bill rate at the time of the jury verdict (i.e. 0.13%) to calculate interest on that amount. This payment shall not be paid unless and until plaintiff graduates from his new agent training.

3. Upon graduation from new agent training, defendant shall restore plaintiff to the Grade and Step that plaintiff would have achieved had plaintiff graduated from new agent training in 2011.

4. If the curriculum under which plaintiff is trained differs from the January 2011 curriculum under which plaintiff was previously trained, and plaintiff, with or without reasonable accommodation, is unable to satisfy any non-academic training requirements of the new

curriculum that were not training requirements of the curriculum under which plaintiff was to be trained in January 2011, those non-academic training requirements shall be waived as to plaintiff, who instead must satisfy the non-academic training requirements of the January 2011 curriculum. The parties agree that the "Rules, Regulations, and Requirements at the FBI Academy for New Trainees," January 18, 2011, remain applicable to plaintiff's training.

5. Defendant shall resume plaintiff's new agent training on or before 4/1/2014, unless on or before 3/1/2014, the defendant notifies the Court that plaintiff will be admitted to a regularly constituted session of the New Agent Training Program on or before 6/1/2014.<br>

6. Defendant shall not remove or otherwise dismiss or discharge the plaintiff from the new agent training ordered herein without review and approval of the Court, upon application by the defendant.

ORDERED that plaintiff's request for injunctive relief be, and the same hereby is, DENIED.

Additionally, JUDGMENT is entered in favor of the plaintiff and against the defendant in the amount of $75,000.00.

FERNANDO GALINDO, CLERK OF COURT

By: /s/
Richard Banke
Deputy Clerk

Dated: 11/22/2013
Alexandria, Virginia